1

2

3

4

5

KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, Ste 203
Silverdale, WA   98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

6     Attorney for Plaintiff

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11                        SACRAMENTO DIVISION

12

| | |
|---|---|
| 13 DANNIE SANCHEZ, | |
| 14                    Plaintiff, | Case #  2:13-CV-0786-KJN |
| 15       vs. | STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |
| 16 COMMISSIONER OF SOCIAL SECURITY, | |
| 17                    Defendant. | |

18

19         The parties hereby stipulate by counsel, with the Court's approval as indicated by

20   issuance of the attached Order, that Plaintiff shall have a first extension of time of 28-days to file

21   Plaintiff's Motion for Summary Judgment.

22         This law firm has not had the number of attorneys working as anticipated when this

23   Complaint was filed.  As a result, counsel for Plaintiff requires additional time to draft the

24   Motion for Summary Judgment.  The Motion for Summary Judgment is currently due on

25   September 27, 2013.  Plaintiff requests an extension of time to October 25, 2013.

26

MOTION – Page 1                              Dellert Baird Law Offices, PLLC
2:13-CV-786-KJN                              9481 Bayshore Dr. NW, #203
                                             Silverdale, WA  98383
                                             (360) 329-6968

1

2        The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

3

4
         Dated September 24, 2013:          s/ KELSEY M. BROWN                  CA #263109
5                                           Kelsey M. Brown
                                            Dellert Baird Law Offices, PLLC
6                                           Attorney for Plaintiff

7

8
         Dated September 24, 2013:          s/ KELSEY M. BROWN for Paul Sachelari
9                                           PAUL SACHELARI
                                            (per e-mail authorization)
10                                          Special Assistant U.S. Attorney
                                            Office of the General Counsel
11
                                            Of Attorneys for Defendant
12

13

14

15                                          ORDER

16        The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is

17   now due on October 25, 2013. The Court's Scheduling Order (ECF No. 6) is modified

18   accordingly.

19   IT IS SO ORDERED.

20
     Dated:  October 1, 2013
21

22                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

     MOTION – Page 2                        Dellert Baird Law Offices, PLLC
     2:13-CV-786-KJN                         9481 Bayshore Dr. NW, #203
                                             Silverdale, WA  98383
                                             (360) 329-6968