KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, Ste 203
Silverdale, WA  98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANNIE SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case #  2:13-CV-0786-KJN<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 28-days to file Plaintiff's Motion for Summary Judgment.

This law firm has not had the number of attorneys working as anticipated when this Complaint was filed. As a result, counsel for Plaintiff requires additional time to draft the Motion for Summary Judgment. The Motion for Summary Judgment is currently due on September 27, 2013. Plaintiff requests an extension of time to October 25, 2013.

MOTION – Page 1
2:13-CV-786-KJN

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
(360) 329-6968

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 24, 2013:  s/ KELSEY M. BROWN            CA #263109
Kelsey M. Brown
Dellert Baird Law Offices, PLLC
Attorney for Plaintiff

Dated September 24, 2013:  s/ KELSEY M. BROWN for Paul Sachelari
PAUL SACHELARI
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on October 25, 2013. The Court's Scheduling Order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: October 1, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

MOTION – Page 2
2:13-CV-786-KJN

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968