KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Drive, NW #203
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANNIE SANCHEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>            Defendant. | Case # 2:13-CV-786-KJN<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time of 14-days to file Plaintiff's Motion for Summary Judgment.

Counsel for the Plaintiff improperly calendared the due date of the Motion for Summary Judgment as the due date for a Confidential Letter Brief intended only for settlement purposes with opposing counsel. I am deeply apologetic to opposing Counsel and to this Court for my

Page 1        MOTION
              [2:13-CV-786-KJN]

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968

error in calendaring. As a result, counsel for Plaintiff requires additional time to draft the Motion for Summary Judgment. The Motion for Summary Judgment is currently due on October 25, 2013. Plaintiff requests an extension of time to November 8, 2013.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated October 25, 2013:   /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated October 25, 2013:   s/ KELSEY M. BROWN for Paul Sachelari
PAUL SACHELARI
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on November 8, 2013. The Court's Scheduling Order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: October 29, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
[2:13-CV-786-KJN]

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968