BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANNIE SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-00786-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 45 days, to January 22, 2014, for Defendant to file either a Stipulation to Remand or her Opposition to Plaintiff Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  This extension is requested because the parties are engaged in extended good faith settlement negotiations.  Defendant respectfully requests additional time in order to pursue possible settlement.

////

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: <u>December 9, 2013</u>        Dellert Baird Law Offices, PLLC

By:   <u>/s/ Kelsey Mackenzie Brown*</u>
      KELSEY MACKENZIE BROWN
      *By email authorization

      Attorney for Plaintiff

Date: <u>December 9, 2013</u>        BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX,
                                     Social Security Administration

By:   <u>/s/ Paul Sachelari</u>
      PAUL SACHELARI
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  December 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip Extend: 2:13-cv-00786-KJN        -2-