KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
PO Box 3757
Silverdale, WA 98383

Phone:   (360) 329-6968
Fax:  (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-CV-00786-KJN<br><br><br>STIPULATED MOTION FOR<br>ATTORNEYS FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $6,000.00, and expenses and costs in the amount of $425.54, for a total of $6,425.54, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to **Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these

Page 1      PLAINTIFF'S MOTION FOR ATTORNEY FEES,
            EXPENSES, AND COSTS - [2:13-CV-00786-KJN]

                                    Dellert Baird Law Offices, PLLC
                                                      P.O. Box 3757
                                              Silverdale, WA  98383
                                      Telephone: (360) 329-6968

amounts to Plaintiff's attorney.  The check for costs should be made payable to **Dellert Baird Law Offices, PLLC**.

The parties agree that whether these checks are made payable to Plaintiff, or to Dellert Baird Law Offices, PLLC, they shall be mailed to Plaintiff's attorney at the following address: **Dellert Baird Law Offices, PLLC, c/o Kelsey M Brown, 2529 Cliffside Ln NW, #H102, Gig Harbor, WA 98335**.

Dated this 18th day of December 2014:

s/ KELSEY MACKENZIE BROWN
Kelsey Mackenzie Brown, CA #263109
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA   98383
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com

Of Attorneys for Plaintiff

Dated this 18th day of December 2014:

s/ KELSEY MACKENZIE BROWN FOR
PAUL SACHELARI
Via email authorization
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
415-977-8942

Of Attorneys for Defendant

APPROVED AND SO ORDERED.

Dated:  December 29, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page 2      PLAINTIFF'S MOTION FOR ATTORNEY FEES,
            EXPENSES, AND COSTS - [2:13-CV-00786-KJN]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383
Telephone: (360) 329-6968